# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 6D2023-1420
Lower Tribunal No. 2019-CA-007722-O

————————————————

THOMAS BARRINGTON,

Appellant,

v.

JONATHAN GALED, WFTV, LLC, MARPHUS SAYERS, UNITED PARCEL SERVICE,
INC., MIGUEL MORA, and FEDEX FREIGHT, INC.,

Appellees.

————————————————

Appeal from the Circuit Court for Orange County.
Jeffrey L. Ashton, Judge.

August 27, 2024

PER CURIAM.

AFFIRMED.

STARGEL and WHITE, JJ., and LAMBERT, B.D., Associate Judge, concur.

Lindsey Lawton, of The Brownlee Law Firm, P.A., Tallahassee, and Michael M. Brownlee, of The Brownlee Law Firm, P.A., Orlando, for Appellant.

Steven R. Main, of Hill, Rugh, Keller & Main, P.L., Orlando, for Appellees, Jonathan Galed and WFTV, LLC.

Paul U. Chistolini, of Barnett & Chistolini, PLLC, and William G.K. Smoak, and Cance C. Arias, of Alvarez, Thompson & Smoak, P.A., Tampa, for Appellees, Marphus Sayers and United Parcel Service, Inc.

Michael R. D'Lugo, of Wicker Smith O'Hara McCoy & Ford, P.A., Orlando, for Appellees, FedEx Freight, Inc. and Miguel Mora.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED